**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISON**

SUSIE BROWN,

Plaintiff,                                    CASE NO. 8:10-cv-02598-SDM-EAJ


v.

HUNTER WARFIELD,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, SUSIE BROWN, by and through the undersigned counsel

and hereby informs the court that a settlement of the present matter has been reached and all

parties to the present matter are currently in the process of executing the aforementioned

settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on

calendar for the present matter.

                                    RESPECTFULLY SUBMITTED,

                                    By: /s/ James Pacitti_____
                                        James Pacitti (FBN: 119768)
                                        Krohn & Moss, Ltd
                                        10474 Santa Monica Blvd, Suite 401
                                        Los Angeles, CA 90025
                                        Phone: (323) 988-2400 x 230
                                        Fax: (866) 385-1408
                                        jpacitti@consumerlawcenter.com
                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2011, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

electronically submitted to Warren Stoller, Attorney for Defendant, by the Court's CM/ECF

system.


/s/ James Pacitti
James Pacitti
Attorney for Plaintiff

NOTICE OF SETTLEMENT