UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

SUSIE BROWN,

Plaintiff,                                  CASE NO. 8:10-cv-02598-SDM-EAJ

v.

HUNTER WARFIELD,

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL

SUSIE BROWN (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, HUNTER WARFIELD (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: __/s/ James Pacitti_____
James D. Pacitti
FBN: 119768
Krohn & Moss, Ltd
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
(323) 988-2400 x230
(866) 802-0021 (fax)
Email: jpacitti@consumerlawcenter.com