UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSIE BROWN,

    Plaintiff,

v.                                      CASE NO.: 8:10-cv-2598-T-23EAJ

HUNTER WARFIELD,

    Defendant.
_____/

## **ORDER**

The plaintiff stipulates to dismissal with prejudice. (Doc. 7) The stipulation is **APPROVED** and the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on March 2, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE